**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1915**

In re:  MARTIN F. SALAZAR,

Petitioner.

On Petition for Writ of Mandamus.
(No. 1:06-cr-00123-MBS-1)

Submitted:  December 15, 2011        Decided:  December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Martin F. Salazar, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin F. Salazar petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his pending motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently denied the motions. Accordingly, because the district court has already ruled, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED